# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE THE SUCCESSION OF
OLIVER WHEELER A/K/A OLIVER
WHEELER DIXON

NO.  2024 CW 0430

CONSOLIDATED WITH

IN RE THE SUCCESSION OF OLIVER
WHEELER A/K/A OLIVER WHEELER DIX

**AUGUST 12, 2024**

In Re:   Starsky Clark, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge, No.
106272 c/w 106892.

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**  The Exception of No Cause of Action filed by
defendant, Starsky Clark, was rendered moot by the filing of the
Second Amended Petition for Nullity.  See **Smith v. Cannon**, 43,964
(La. App. 2d Cir. 1/28/09), 2 So.3d 1227, 1230, writ denied, 2009-
0668 (La. 6/19/09), 10 So.3d 734; **Barker v. Merrick,** 2019-1124
(La. App. 1st Cir. 12/23/19), 2019 WL 7166787 (unpublished).

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT